UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD V. ROBINSON | : CIVIL ACTION NO. |
| vs. | : 3:02CV2197 (MRK) |
| CITY OF HARTFORD and ALBERT G. ILG | : NOVEMBER 4, 2003 |

### NOTICE OF FILING SECOND AMENDED COMPLAINT

The plaintiff, **RICHARD ROBINSON**, by counsel, hereby gives notice that pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, he has filed a Second Amended Complaint in the above-entitled matter. Counsel represents that this Second Amended Complaint is filed with the consent of defense counsel and following the Status Conference conducted with the court and counsel on October 30, 2003. In the Second Amended Complaint, counsel has deleted Count 8 of the Amended Complaint which alleged negligent infliction of emotional distress and there are no other changes between the Second Amended Complaint and the First Amended Complaint other than noted herein.

Dated at Hartford, Connecticut on this 4th day of November, 2003.

                                    PLAINTIFF,
                                    RICHARD V. ROBINSON

By_____
M. Hatcher Norris, Esq.
BUTLER NORRIS & GOLD
254 Prospect Avenue
Hartford, CT 06106
Tel. No. (860) 236-6951
Federal Bar No. ct 00061

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid, via first-class mail on this 28th day of January, 2003 to:

Attorney Helen Apostolidis
Assistant Corporation Counsel
550 Main Street
Hartford, CT 06103

_____
M. Hatcher Norris, Esq.

3