UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday January 20, 2004
2:00 p.m.

CASE NO. **3:02cv2197 MRK**    **Robinson v Hartford, et al**

Helen Apostolidis
Corporation Counsel's Office
550 Main St.
Hartford, CT 06103

M. Hatcher Norris
Butler, Norris & Gold
254 Prospect Ave.
Hartford, CT 06106-2041

STATUS CONFERENCE HELD
DATE: 1/20/04

7 min

George C. Springer Jr.
Butler, Norris & Gold
254 Prospect Ave.
Hartford, CT 06106-2041

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK