FILED
Jan 26  3 24 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD V. ROBINSON | : | CIVIL ACTION NO. |
| vs. | : | 3:02CV2197 (MRK) |
| CITY OF HARTFORD and ALBERT G. ILG | : | JANUARY 7, 2004 |

### PLAINTIFF'S STATUS REPORT

The plaintiff, **RICHARD V. ROBINSON**, by counsel, pursuant to this Court's Order, hereby submits the following Status Report:

**A.    STATUS OF THE CASE:**

All discovery has now been completed in this case and since the date of the last status conference, plaintiff has taken the depositions of defendant Albert G. Ilg and Mayor Perez. Plaintiff's counsel does not anticipate any circumstances potentially interfering with the compliance of the scheduling order with the one exception of any extensive efforts to resolve this case by way of settlement and if they should occur, counsel for both plaintiff and defendant would contact the court immediately.

**B.    INTEREST AND REFERRAL FOR SETTLEMENT PURPOSES:**

Plaintiff is amenable to referral to a United States Magistrate Judge for the purpose of settlement discussions.

1

C. **TRIAL BEFORE A MAGISTRATE JUDGE:**

The plaintiff will not consent to a trial before a Magistrate Judge.

D. **ESTIMATED LENGTH OF TRIAL:**

Plaintiff anticipates that the trial will take approximately three days to conclude.

Dated at Hartford, Connecticut on this 7th day of January, 2004.

                       PLAINTIFF,
                       RICHARD V. ROBINSON

                       By_____
                       M. Hatcher Norris, Esq.
                       BUTLER NORRIS & GOLD
                       254 Prospect Avenue
                       Hartford, CT  06106
                       Tel. No. (860) 236-6951
                       Federal Bar No. ct 00061

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed postage prepaid, via first-class mail on this 7th day of January, 2004 to:

Attorney Helen Apostolidis
Assistant Corporation Counsel
550 Main Street
Hartford, CT 06103

The Honorable Mark R. Kravitz
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510
**(CHAMBERS COPY)**

M. Hatcher Norris, Esq.