FILED

FEB 2   2 49 PM '04

U.S...

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD V. ROBINSON | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 2197 (MRK) |
| v. | : | |
| | : | |
| CITY OF HARTFORD, ET AL | : | FEBRUARY 1, 2004 |
| Defendants | : | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants,

CITY OF HARTFORD and ALBERT G. ILG, hereby move for Summary Judgment

on Plaintiff's Amended Complaint, in its entirety, on the basis that there are no

material facts in dispute ansd they are entitled to judgment as a matter of law.

In support of this Motion, the defendants rely upon the accompanying

Memorandum of law, Local Rule 56(a)(1) Statement and attached Appendices.

WHEREFORE, the defendants request that judgment enter in their favor as a matter of law.

DEFENDANTS

BY _____

Helen Apostolidis
Assistant Corporation Counsel
Their Attorney
550 Main Street
Hartford, CT 06103
Federal Bar No. Ct 05534
Telephone (860) 543-8575
Facsimile (860) 722-8114

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed, postage prepaid, this 2nd day of February 2004 to:

M. Hatcher Norris, Esq.
Butler, Norris & Gold
254 Prospect Avenue
Hartford, CT 06106

                                         Helen Apostolidis

answer                                3