FILED

Feb 10  2 27 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RICHARD V. ROBINSON** | : CIVIL ACTION NO. |
| vs. | : 3:02CV2197 (MRK) |
| **CITY OF HARTFORD and ALBERT G. ILG** | : FEBRUARY 9, 2004 |

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, **RICHARD V. ROBINSON**, by counsel, pursuant to Local Rules 7(b), hereby moves this Honorable Court for a 30 day extension of time within which to respond to the Defendant's Motion for Summary Judgment, that is an extension until March 23, 2004.

In support of said Motion, counsel represents as follows:

1. There have been no prior requests for an extension of time with respect to this particular time limitation;

2. The plaintiff, Richard V. Robinson, is currently on a job assignment in Bosnia and, therefore, not immediately available to plaintiff's counsel, thus necessitating additional time to prepare for a response to the Motion for Summary Judgment;

3. The complexity of the issues raised by the Motion for Summary Judgment requires additional time for counsel to adequately prepare a responsive pleading.

The undersigned counsel has communicated with counsel for the defendant who has indicated that she has no objection to the granting of this motion.

1

Dated at Hartford, Connecticut on this 9th day of February, 2004.

PLAINTIFF,
RICHARD V. ROBINSON

By_____
M. Hatcher Norris, Esq.
BUTLER NORRIS & GOLD
254 Prospect Avenue
Hartford, CT 06106
Tel. No. (860) 236-6951
Federal Bar No. ct 00061

2

Case 3:02-cv-02197-MRK    Document 23    Filed 02/10/2004    Page 2 of 3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid, via first-class mail on this 9th day of February, 2004 to:

Attorney Helen Apostolidis
Assistant Corporation Counsel
550 Main Street
Hartford, CT  06103

The Honorable Mark R. Kravitz
United States District Court
District of Connecticut
141 Church Street
New Haven, CT  06510
**(CHAMBERS COPY)**

_____
M. Hatcher Norris, Esq.