## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD V. ROBINSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   3:02CV2197 (MRK) |
| | : | |
| CITY OF HARTFORD and ALBERT G. ILG, | : | |
| | : | |
| Defendants. | : | |

### ORDER

Plaintiff's Motion For Extension Of Time Within Which To Respond To Defendant's Motion For Summary Judgment [doc. #23], dated February 9, 2004, is hereby **GRANTED**.  Plaintiff shall respond to Defendant's Motion For Summary Judgment on or before **March 23, 2004**.

IT IS SO ORDERED.

/s/       Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: <u>February 18, 2004</u>.