UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD V. ROBINSON, | : | |
| | : | |
| Plaintiff, | : | : |
| v. | : | CIVIL NO.   3:02CV2197 (MRK) |
| | : | |
| CITY OF HARTFORD and ALBERT G. ILG, | : | |
| | : | |
| Defendants. | : | |

## ORDER

The parties having appeared before the Court on April 29, 2004 for oral argument on Defendants' Motion for Summary Judgment [doc. #20], for the reasons stated in open court, the Motion for Summary Judgment [doc. #20] is GRANTED IN PART and DENIED IN PART. Summary judgment is granted in favor of Albert G. Ilg on Counts 1 and 3 of the Second Amended Complaint, the only counts asserted against Defendant Ilg.  Summary judgment is granted in favor of the Defendant City of Hartford on Counts 2, 4, 5 and 6 of the Second Amended Complaint. However, the Court denies the Defendant City of Hartford's motion for summary judgment on Count 7 of the Second Amended Complaint for promissory estoppel.

Accordingly, summary judgment shall enter in favor of Defendant Ilg on all counts and in favor of Defendant City of Hartford on all counts except Count 7.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: April 30, 2004.