UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD V. ROBINSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   3:02CV2197 (MRK) |
| | : | |
| CITY OF HARTFORD and ALBERT G. ILG, | : | |
| | : | |
| Defendants. | : | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____  A ruling on the following motions which are currently pending: (orefm.)
Doc#

**✘**  A settlement conference (orefmisc./cnf.)

____  A conference to discuss the following: (orefmisc./cnf.)

____  Other: (orefmisc./misc)

**This reference does not affect any of the existing deadlines and shall not delay discovery unless the Court has entered a separate order to that effect upon showing of necessity.**

SO ORDERED this __25th__ day of __May__, __2004__ at New Haven, Connecticut.

/s/          Mark R. Kravitz
UNITED STATES DISTRICT COURT JUDGE