FILED
2004 NOV 22 P 1:40
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD V. ROBINSON | : | CIVIL ACTION NO. |
| vs. | : | 3:02CV2197 (MRK) |
| CITY OF HARTFORD | : | OCTOBER 14, 2004 |

## STIPULATION FOR A DISMISSAL

The undersigned parties hereby stipulate for the entry of an Order of Dismissal, with prejudice, of the above-entitled matter, without costs to any party.

PLAINTIFF,
RICHARD V. ROBINSON

By_____
M. Hatcher Norris, Esq.
BUTLER NORRIS & GOLD
254 Prospect Avenue
Hartford, CT 06106
Tel. No. (860) 236-6951
Federal Bar No. ct 00061

DEFENDANT,
CITY OF HARTFORD

By_____
Attorney Helen Apostolidis
Assistant Corporation Counsel
550 Main Street
Hartford, CT 06103
Tel. No. (860) 543-8575
Federal Bar. No. ct05534

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid, via first-class mail on this _____ day of October, 2004 to:

Attorney Helen Apostolidis
Assistant Corporation Counsel
550 Main Street
Hartford, CT 06103

The Honorable Mark R. Kravitz
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510
**(CHAMBERS COPY)**

_____
M. Hatcher Norris, Esq.

2